# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EVERETT GLOVER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMDOCS LIMITED, JOSHUA SHEFFER, and TAMAR RAPAPORT-DAGIM,<br><br>Defendants. | Case No.: 4:21-cv-00418<br><br><u>CLASS ACTION</u> |

## NOTICE OF VOLUNTARY DISMISSAL

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Glover v. Amdocs Limited, et. al*, 4:21-cv-00418, brought before the United States District Court for the Eastern District of Missouri, has served an answer or motion for summary judgment and no class has been certified;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Everett Glover, through his undersigned counsel, hereby voluntarily dismisses the above entitled action without prejudice all claims against defendants and with each party to bear its own costs.

DATED:   St. Louis, Missouri
June 18, 2021

**CUNEO GILBERT & LADUCA, LLP**

*/s/ Michael J. Flannery*
Michael J. Flannery, 52714 (MO)
500 North Broadway, Suite 1450
St. Louis, MO 63102
Telephone: (314) 226-1015
Facsimile: (202) 789-1813

- 2 -

mflannery@cuneolaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Samuel H. Rudman
Mary K. Blasy
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

**JOHNSON FISTEL LLP**
Michael I Fistel, Jr.
40 Powder Springs Street
Marietta, GA 30064
Telephone: 470/632-6000
770/200-3104 (fax)
michaelf@johnsonfistel.com

*Attorneys for Plaintiff*